THE STATE *v.* LOCKSTAND.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—Prosecution for nuisance for keeping a house in which spirituous liquors were sold by retail without license, in violation of the act of 1853. Acts of

1853, p. 87. On motion of the defendant, the information was quashed, for want of a sufficient affidavit to support it. This was right. The affidavit does not state that the liquor was sold in or about any house or place, or even in the county of *Tippecanoe.* See *The State* v. *Lockstand,* 4 Ind. R. 572.

The judgment is affirmed.

*L. Reilly,* for the State.